RUBY M. GORR, as Executrix of CHARLES H. GORR, Deceased, Appellant, v. ERIE RAILROAD COMPANY, Respondent.

*Negligence — railroads — crossing accident — contributory negligence of plaintiff's testator killed while crossing tracks to go to railroad station.*

*Gorr v. Erie R. R. Co.*, 211 App. Div. 817, affirmed.

(Argued April 2, 1925; decided May 5, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1924, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's testator alleged to have been occasioned through the negligence of defendant. Testator was struck by one of defendant's engines while crossing its tracks to go to the station at the village of Callicoon. The evidence showed that testator approached the tracks on a run, that after passing a switch track on which box cars partially obstructed the view in the direction of the approaching engines, the view widened to at least 100 feet from the east side of the crossing, and continued to widen as testator advanced. When he was 12 feet southerly from the south rail of the east-bound main track his unobstructed view was at least 216 feet. His view increased as he proceeded beyond that point, which was about 30 feet from the place of the accident. At that point or nearer he was seen to hesitate and check his speed momentarily, but without being seen to turn his head to the right or left. Then he plunged on at the same or a faster pace running diagonally from about the center line of the crossing toward the point where the outside or northerly rail of the west-bound track met the extreme westerly edge of the crossing at which point the accident occurred.

*Ellsworth Baker* and *Guernsey T. Cross* for appellant.

*John Bright* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

40